United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUANITO ANGEL FEBO,

Defendant.

Case No.: CR 03-40187 CW (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On January 26, 2004, Defendant Juanito Angel Febo was convicted of a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm). He was sentenced to 41 months of custody and three years of supervised release.

The Form 12 presently before the Court alleges that Defendant violated the following conditions of his supervised release: participation in a program of testing and treatment for drug abuse as directed by probation; following the instructions of his probation officer; not using any controlled substance, except as prescribed by a physician; and permitting a probation officer to visit him at any time at home or elsewhere.

At the July 17, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Joyce Leavitt, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Wade Rhyne appeared on behalf of the United States. Probation officer Jennifer James (for Sonia Lapizco) was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

1

later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: July 18, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge